STEVENS ET AL., APPELLEES, *v.* PUSEY & JONES ET AL.; TECUMSEH CORRUGATED BOX, APPELLANT.

[Cite as Stevens *v.* Pusey & Jones (1989), 43 Ohio St. 3d 63.]

(No. 88-582—Submitted April 6, 1989—Decided May 17, 1989.)

*Scanlon & Henretta Co., L.P.A.,* and *Lawrence J. Scanlon,* for appellees.

*Buckingham, Doolittle & Burroughs* and *David W. Hilkert,* for appellant.

The judgment of the court of appeals is affirmed and the cause is remanded to the trial court for further proceedings in accordance with *Van Fossen* v. *Babcock & Wilcox Co.* (1988), 36 Ohio St. 3d 100, 522 N.E. 2d 489.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and GREY, JJ., concur.

LAWRENCE GREY, J., of the Fourth Appellate District, sitting for RESNICK, J.